# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COZZI, JOANN M | § | Case No. 11-08079 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on      . The undersigned trustee was appointed on         .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Roy Safanda_____
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 11-08079 MB   Judge: Manuel Barbosa | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | COZZI, JOANN M | Date Filed (f) or Converted (c): | 02/28/11 (f) |
| | | 341(a) Meeting Date: | 04/18/11 |
| For Period Ending: | 03/29/12 | Claims Bar Date: | 07/20/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 13588 DAKOTA FIELDS HUNTLEY, IL 60142 SINGLE FAMIL | 170,146.00 | 19,440.00 | | 0.00 | 19,440.00 |
| 2. PNC BANK SAVINGS ACCOUNT ENDING IN: | 1,261.44 | 0.00 | | 0.00 | 0.00 |
| 3. PNC BANK SAVINGS ACCOUNT ENDING IN: | 505.00 | 0.00 | | 0.00 | 0.00 |
| 4. PNC BANK CHECKING ACCOUNT ENDING INl 5227 AVON ACC | 22.00 | 0.00 | | 0.00 | 0.00 |
| 5. PNC BANK CHECKING ACCOUNT Acct ending in 8993 | 933.00 | 0.00 | | 0.00 | 0.00 |
| 6. ORDINARY FURNISHINGS AND HOUSEHOLD GOODS Location: | 445.00 | 445.00 | | 0.00 | 445.00 |
| 7. ORDINARY CLOTHING Location: 13588 Dakota Fields Dr | 50.00 | 0.00 | | 0.00 | 0.00 |
| 8. COSTUME JEWELRY AND WEDDING RING Location: 13588 D | 125.00 | 125.00 | | 0.00 | 125.00 |
| 9. Flexible Deposit Annuity Location: Gleaner Life In | 501.80 | 0.00 | | 0.00 | 0.00 |
| 10. 401K PRINCIPAL FINANCIAL GROUP | 32,855.00 | 0.00 | | 0.00 | 0.00 |
| 11. Roth IRA Location: Wells Fargo Acct ending in 1270 | 12,000.03 | 0.00 | | 0.00 | 0.00 |
| 12. Anticipated Federal Income Tax refund | 700.00 | 0.00 | | 0.00 | 0.00 |
| 13. 2010 HONDA CIVIC Location: 13588 Dakota Fields Dr. | 15,000.00 | 10,635.97 | | 0.00 | FA |
| 14. DESK TOP COMPUTER AND PRINTER Location: 13588 Dako | 50.00 | 50.00 | | 0.00 | 50.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.29 | Unknown |
| TOTALS (Excluding Unknown Values) | $234,594.27 | $30,695.97 | | $1.29 | Gross Value of Remaining Assets $20,060.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/01/12     Current Projected Date of Final Report (TFR): 06/01/12

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-08079 -MB | | Trustee Name: | Roy Safanda |
| Case Name: | COZZI, JOANN M | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7412  Money Market Account |
| Taxpayer ID No: | *******7700 | | | |
| For Period Ending: | 03/29/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/02/11 | | Joannn Cozzi<br>13588 Dakota Fields Drive<br>Huntley, IL  60142 | Sale of 2010 Honda Civic | 1129-000 | 2,053.00 | | 2,053.00 |
| 05/31/11 | INT | Capital One | Interest Rate  0.000 | 1270-000 | 0.07 | | 2,053.07 |
| 06/30/11 | INT | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 0.13 | | 2,053.20 |
| 07/29/11 | INT | Capital One | Interest Rate  0.000 | 1270-000 | 0.14 | | 2,053.34 |
| 08/31/11 | INT | Capital One | Interest Rate  0.000 | 1270-000 | 0.12 | | 2,053.46 |
| 09/30/11 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.14 | | 2,053.60 |
| 10/31/11 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.14 | | 2,053.74 |
| 11/30/11 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.14 | | 2,053.88 |
| 12/30/11 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.14 | | 2,054.02 |
| 01/31/12 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.14 | | 2,054.16 |
| 02/29/12 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.13 | | 2,054.29 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 2,054.29 | 0.00 | 2,054.29 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 2,054.29 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 2,054.29 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********7412 | 2,054.29 | 0.00 | 2,054.29 |
| | 2,054.29 | 0.00 | 2,054.29 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      2,054.29      0.00

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 11-08079 -MB | Trustee Name: | Roy Safanda |
| Case Name: | COZZI, JOANN M | Bank Name: | Capital One |
| | | Account Number / CD #: | *******7412 Money Market Account |
| Taxpayer ID No: | *******7700 | | |
| For Period Ending: | 03/29/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals          0.00          0.00

Case 11-08079    Doc 24    Filed 05/10/12    Entered 05/10/12 10:51:21    Desc Main
          Document      Page 6 of 11

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: April 12, 2012 |

Case Number: 11-08079
Debtor Name: COZZI, JOANN M

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010 050 4300-00 | AMERICAN HONDA FINANCE Corporation P O Box 168088 Irving, TX 75016-8088 | Secured | (10-1) Retail Installmet Finance Agreement (10-1) modified on 7/19/11 to correct creditor address (nm) | $0.00 | $0.00 | $0.00 |
| 000001 070 7100-00 | American InfoSource LP as agent for WFNNB  as assignee of Roamans PO Box 248872 Oklahoma City, OK 73124-8872 | Unsecured | | $1,416.34 | $0.00 | $1,416.34 |
| 000002 070 7100-00 | American InfoSource LP as agent for WFNNB  as assignee of Woman Within PO Box 248872 Oklahoma City, OK 73124-8872 | Unsecured | | $1,372.74 | $0.00 | $1,372.74 |
| 000003 070 7100-00 | American InfoSource LP as agent for WFNNB  as assignee of Lane Bryant PO Box 248872 Oklahoma City, OK 73124-8872 | Unsecured | | $645.04 | $0.00 | $645.04 |
| 000004 070 7100-00 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | $8,178.08 | $0.00 | $8,178.08 |
| 000005 070 7100-00 | Capital One,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,Tx 75374 | Unsecured | | $1,796.71 | $0.00 | $1,796.71 |
| 000006 070 7100-00 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $280.95 | $0.00 | $280.95 |
| 000007 070 7100-00 | PYOD LLC its successors and assigns as assignee of Citibank, NA, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Unsecured | | $5,844.33 | $0.00 | $5,844.33 |
| 000008 070 7100-00 | PYOD LLC its successors and assigns as assignee of Citibank, NA, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Unsecured | | $13,675.85 | $0.00 | $13,675.85 |

| Page 2 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: April 12, 2012 |

Case Number: 11-08079  
Debtor Name: COZZI, JOANN M  

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000009<br>070<br>7100-00 | US Bank N.A.<br>POB 5229<br>Cincinnati, OH 45201-5229<br>877-254-7827 | Unsecured | (9-1) def balance 8561 | $7,324.99 | $0.00 | $7,324.99 |
| | Case Totals: | | | $40,535.03 | $0.00 | $40,535.03 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-08079
Case Name: COZZI, JOANN M
Trustee Name: Roy Safanda

    Balance on hand                        $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Roy Safanda | $ | $ | $ |
| Trustee Expenses: Roy Safanda | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for WFNNB as assignee of Roamans PO Box 248872 Oklahoma City, OK 73124-8872 | $ | $ | $ |
| 000002 | American InfoSource LP as agent for WFNNB as assignee of Woman Within PO Box 248872 Oklahoma City, OK 73124-8872 | $ | $ | $ |
| 000003 | American InfoSource LP as agent for WFNNB as assignee of Lane Bryant PO Box 248872 Oklahoma City, OK 73124-8872 | $ | $ | $ |
| 000004 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | $ | $ | $ |
| 000005 | Capital One,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,Tx 75374 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000007 | PYOD LLC its successors and assigns as assignee of Citibank, NA, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ | $ | $ |
| 000008 | PYOD LLC its successors and assigns as assignee of Citibank, NA, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ | $ | $ |
| 000009 | US Bank N.A.<br>POB 5229<br>Cincinnati, OH 45201-5229<br>877-254-7827 | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance                                          $_____


Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE