# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COZZI, JOANN M | § | Case No. 11-08079 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> US Courthouse
> Bankruptcy Clerk
> Assignment Desk, Rm 710
> 219 S. Dearborn St.
> Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 06/14/2012 in Courtroom 250,
> US Courthouse
> 100 S. 3rd St.
> Geneva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/10/2012          By: _____

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
COZZI, JOANN M § Case No. 11-08079
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 2,054.47 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 2,054.47 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Roy Safanda | $ 513.62 | $ 0.00 | $ 513.62 |
| Trustee Expenses: Roy Safanda | $ 57.30 | $ 0.00 | $ 57.30 |
| Total to be paid for chapter 7 administrative expenses | | | $ 570.92 |
| Remaining Balance | | | $ 1,483.55 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 40,535.03  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  3.7  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American InfoSource LP as agent for WFNNB as assignee of Roamans PO Box 248872 Oklahoma City, OK 73124-8872 | $ 1,416.34 | $ 0.00 | $ 51.84 |
| 000002 | American InfoSource LP as agent for WFNNB as assignee of Woman Within PO Box 248872 Oklahoma City, OK 73124-8872 | $ 1,372.74 | $ 0.00 | $ 50.24 |
| 000003 | American InfoSource LP as agent for WFNNB as assignee of Lane Bryant PO Box 248872 Oklahoma City, OK 73124-8872 | $ 645.04 | $ 0.00 | $ 23.61 |
| 000004 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | $ 8,178.08 | $ 0.00 | $ 299.31 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Capital One,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,Tx 75374 | $ 1,796.71 | $ 0.00 | $ 65.76 |
| 000006 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 280.95 | $ 0.00 | $ 10.28 |
| 000007 | PYOD LLC its successors and assigns as assignee of Citibank, NA, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | $ 5,844.33 | $ 0.00 | $ 213.90 |
| 000008 | PYOD LLC its successors and assigns as assignee of Citibank, NA, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | $ 13,675.85 | $ 0.00 | $ 500.53 |
| 000009 | US Bank N.A. POB 5229 Cincinnati, OH 45201-5229 877-254-7827 | $ 7,324.99 | $ 0.00 | $ 268.08 |

Total to be paid to timely general unsecured creditors   $ 1,483.55

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

          Prepared By: /s/ Roy Safanda
                    Trustee

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                            Case No. 11-08079-MB
Joann M Cozzi                                                     Chapter 7
      Debtor
                               CERTIFICATE OF NOTICE
District/off: 0752-1           User: dgomez                 Page 1 of 3                   Date Rcvd: May 14, 2012
                               Form ID: pdf006              Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2012.
db           +Joann M Cozzi,    13588 Dakota Fields Dr.,    Huntley, IL 60142-7775
aty          +Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
16884881     +BAC HOME LOANS SERVICI,    450 AMERICAN ST,   SIMI VALLEY, CA 93065-6285
16884882     +CHASE,   201 N. WALNUT ST//DE1-1027,    WILMINGTON, DE 19801-2920
17241571     +Capital One,N.A,   c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
17255623      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16884883     +Citibank Sd, Na,   ATTN: CENTRALIZED BANKRUPTCY,    PO BOX 20507,   KANSAS CITY, MO 64195-0507
16884886     +HSBC/CARSN,   PO BOX 15521,   WILMINGTON, DE 19850-5521
16884888     +LANE BRYANT RETAIL/SOA,    PO BOX 182789,   COLUMBUS, OH 43218-2789
16884889     +UNVL/CITI,   ATTN.: CENTRALIZED BANKRUPTCY,   PO BOX 20507,    KANSAS CITY, MO 64195-0507
16884890    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US BANK,    PO BOX 5227,   CINCINNATI, OH 45201)
16884892     +WFNNB/LANEBR,   PO BOX 182789,   COLUMBUS, OH 43218-2789
16884893     +WFNNB/ROAMANS,    8035 QUIVIRA RD,   LENEXA, KS 66215-2746
16884894     +Wfnnb/woman,   PO BOX 182273,   COLUMBUS, OH 43218-2273

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16884880      E-mail/Text: ebnbankruptcy@ahm.honda.com May 15 2012 03:03:07
              AMERICAN HONDA FINANCE Corporation,    P O Box 168088,   Irving, TX 75016-8088
17171122      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 15 2012 03:43:48
              American InfoSource LP as agent for WFNNB,    as assignee of,   Lane Bryant,    PO Box 248872,
              Oklahoma City, OK   73124-8872
17171121      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 15 2012 03:43:47
              American InfoSource LP as agent for WFNNB,    as assignee of,   Woman Within,    PO Box 248872,
              Oklahoma City, OK   73124-8872
17171120      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 15 2012 03:43:47
              American InfoSource LP as agent for WFNNB,    as assignee of,   Roamans,   PO Box 248872,
              Oklahoma City, OK   73124-8872
17176667      E-mail/PDF: mrdiscen@discoverfinancial.com May 15 2012 03:14:26     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,   New Albany, OH   43054-3025
16884885     +E-mail/PDF: mrdiscen@discoverfinancial.com May 15 2012 03:14:26     Discover Fin,   PO BOX 6103,
              CAROL STREAM, IL 60197-6103
16884887     +E-mail/Text: bnckohlsnotices@becket-lee.com May 15 2012 02:40:00     Kohls,   ATTN: RECOVERY DEPT,
              PO BOX 3120,    MILWAUKEE, WI 53201-3120
17345900     +E-mail/Text: resurgentbknotifications@resurgent.com May 15 2012 02:34:04
              PYOD LLC its successors and assigns as assignee of,    Citibank, NA, NA,
              c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16884884*    +Citibank Sd, Na,   ATTN: CENTRALIZED BANKRUPTCY,    PO BOX 20507,   KANSAS CITY, MO 64195-0507
16884891*   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US BANK/NA ND,    4325 17TH AVE S,   FARGO, ND 58125)
17475142*   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: US Bank N.A.,    POB 5229,   Cincinnati, OH 45201-5229,    877-254-7827)
                                                                                TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: dgomez              Page 2 of 3            Date Rcvd: May 14, 2012
                              Form ID: pdf006           Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 16, 2012**               **Signature:**       /s/ Joseph Speetjens

```
District/off: 0752-1          User: dgomez              Page 3 of 3              Date Rcvd: May 14, 2012
                              Form ID: pdf006           Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2012 at the address(es) listed below:

          Carl F Safanda    on behalf of Trustee Roy Safanda csafanda@xnet.com
          Linda G Bal    on behalf of Debtor Joann Cozzi lindabal@att.net, bru.john@att.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Roy  Safanda    rsafanda@xnet.com, rsafanda@ecf.epiqsystems.com
          Roy  Safanda, Esq    on behalf of Trustee Roy Safanda rsafanda@xnet.com
          TOTAL: 5