## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COZZI, JOANN M | § | Case No. 11-08079 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Roy Safanda, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:           Claims Discharged
                                            Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                   .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Roy Safanda _____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMERICAN HONDA FINANCE ATTN: BANKRUPTCY 3625 WEST ROYAL LANE SUITE 200 IRVING, TX 75063 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BAC HOME LOANS SERVICI 450 AMERICAN ST SIMI VALLEY, CA 93065 | | | | | |
| 000010 | AMERICAN HONDA FINANCE CORPORATION | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROY SAFANDA | | | | | |
| ROY SAFANDA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank Sd, Na ATTN: CENTRALIZED BANKRUPTCY PO BOX 20507 KANSAS CITY, MO 64195 | | | | | |
| | HSBC/CARSN PO BOX 15521 WILMINGTON, DE 19805 | | | | | |
| | Kohls ATTN: RECOVERY DEPT PO BOX 3120 MILWAUKEE, WI 53201 | | | | | |
| | US BANK/NA ND 4325 17TH AVE S FARGO, ND 58125 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | WFNNB/LANEBR PO BOX 182789 COLUMBUS, OH 43213 | | | | | |
| | WFNNB/ROAMANS 8035 QUIVIRA RD LENEXA, KS 66215 | | | | | |
| | Wfnnb/woman PO BOX 182273 COLUMBUS, OH 43218 | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000005 | CAPITAL ONE,N.A | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000004 | DISCOVER BANK | | | | | |
| 000007 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000009 | US BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

Case No:          11-08079      MB   Judge: Manuel Barbosa

Case Name:      COZZI, JOANN M

For Period Ending:  07/10/12

Trustee Name:                    Roy Safanda

Date Filed (f) or Converted (c):   02/28/11 (f)

341(a) Meeting Date:          04/18/11

Claims Bar Date:                07/20/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 13588 DAKOTA FIELDS HUNTLEY, IL 60142 SINGLE FAMIL | 170,146.00 | 19,440.00 | DA | 0.00 | FA |
| 2. PNC BANK SAVINGS ACCOUNT ENDING IN: | 1,261.44 | 0.00 | DA | 0.00 | FA |
| 3. PNC BANK SAVINGS ACCOUNT ENDING IN: | 505.00 | 0.00 | DA | 0.00 | FA |
| 4. PNC BANK CHECKING ACCOUNT ENDING INl 5227 AVON ACC | 22.00 | 0.00 | DA | 0.00 | FA |
| 5. PNC BANK CHECKING ACCOUNT Acct ending in 8993 | 933.00 | 0.00 | DA | 0.00 | FA |
| 6. ORDINARY FURNISHINGS AND HOUSEHOLD GOODS Location: | 445.00 | 445.00 | DA | 0.00 | FA |
| 7. ORDINARY CLOTHING Location: 13588 Dakota Fields Dr | 50.00 | 0.00 | DA | 0.00 | FA |
| 8. COSTUME JEWELRY AND WEDDING RING Location: 13588 D | 125.00 | 125.00 | DA | 0.00 | FA |
| 9. Flexible Deposit Annuity Location: Gleaner Life In | 501.80 | 0.00 | DA | 0.00 | FA |
| 10. 401K PRINCIPAL FINANCIAL GROUP | 32,855.00 | 0.00 | DA | 0.00 | FA |
| 11. Roth IRA Location: Wells Fargo Acct ending in 1270 | 12,000.03 | 0.00 | DA | 0.00 | FA |
| 12. Anticipated Federal Income Tax refund | 700.00 | 0.00 | DA | 0.00 | FA |
| 13. 2010 HONDA CIVIC Location: 13588 Dakota Fields Dr. | 15,000.00 | 10,635.97 | | 2,053.00 | FA |
| 14. DESK TOP COMPUTER AND PRINTER Location: 13588 Dako | 50.00 | 50.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.47 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $234,594.27          $30,695.97          $2,054.47          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/01/12          Current Projected Date of Final Report (TFR): 06/01/12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-08079 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | COZZI, JOANN M | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7412 Money Market Account |
| Taxpayer ID No: | *******7700 | | | |
| For Period Ending: | 07/10/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/02/11 | 13 | Joann Cozzi<br>13588 Dakota Fields Drive<br>Huntley, IL  60142 | Sale of 2010 Honda Civic | 1129-000 | 2,053.00 | | 2,053.00 |
| 05/31/11 | INT | Capital One | Interest Rate  0.000 | 1270-000 | 0.07 | | 2,053.07 |
| 06/30/11 | INT | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 0.13 | | 2,053.20 |
| 07/29/11 | INT | Capital One | Interest Rate  0.000 | 1270-000 | 0.14 | | 2,053.34 |
| 08/31/11 | INT | Capital One | Interest Rate  0.000 | 1270-000 | 0.12 | | 2,053.46 |
| 09/30/11 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.14 | | 2,053.60 |
| 10/31/11 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.14 | | 2,053.74 |
| 11/30/11 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.14 | | 2,053.88 |
| 12/30/11 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.14 | | 2,054.02 |
| 01/31/12 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.14 | | 2,054.16 |
| 02/29/12 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.13 | | 2,054.29 |
| 03/30/12 | INT | Capital One | Interest Rate  0.080 | 1270-000 | 0.14 | | 2,054.43 |
| 04/09/12 | INT | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 2,054.47 |
| 04/09/12 | | Transfer to Acct #*******7609 | Bank Funds Transfer | 9999-000 | | 2,054.47 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 2,054.47 | 2,054.47 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 2,054.47 | |
| Subtotal | 2,054.47 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 2,054.47 | 0.00 | |

Page Subtotals    2,054.47    2,054.47

Ver: 16.06b

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 11-08079 -MB |
| Case Name: | COZZI, JOANN M |
| Taxpayer ID No: | *******7700 |
| For Period Ending: | 07/10/12 |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Capital One |
| Account Number / CD #: | *******7609  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/09/12 | | Transfer from Acct #*******7412 | Bank Funds Transfer | 9999-000 | 2,054.47 | | 2,054.47 |
| 06/14/12 | 001001 | Roy Safanda | Chapter 7 Compensation/Expense | | | 570.92 | 1,483.55 |
| | | 111 East Side Drive | | | | | |
| | | Geneva, IL  60134 | | | | | |
| | | | Fees              513.62 | 2100-000 | | | |
| | | | Expenses          57.30 | 2200-000 | | | |
| 06/14/12 | 001002 | American InfoSource LP as agent for WFNNB | Claim 000001, Payment 3.66014% | 7100-000 | | 51.84 | 1,431.71 |
| | |  as assignee of | | | | | |
| | | Roamans | | | | | |
| | | PO Box 248872 | | | | | |
| | | Oklahoma City, OK 73124-8872 | | | | | |
| 06/14/12 | 001003 | American InfoSource LP as agent for WFNNB | Claim 000002, Payment 3.65983% | 7100-000 | | 50.24 | 1,381.47 |
| | |  as assignee of | | | | | |
| | | Woman Within | | | | | |
| | | PO Box 248872 | | | | | |
| | | Oklahoma City, OK 73124-8872 | | | | | |
| 06/14/12 | 001004 | American InfoSource LP as agent for WFNNB | Claim 000003, Payment 3.66024% | 7100-000 | | 23.61 | 1,357.86 |
| | |  as assignee of | | | | | |
| | | Lane Bryant | | | | | |
| | | PO Box 248872 | | | | | |
| | | Oklahoma City, OK 73124-8872 | | | | | |
| 06/14/12 | 001005 | Discover Bank | Claim 000004, Payment 3.65991% | 7100-000 | | 299.31 | 1,058.55 |
| | | DB Servicing Corporation | | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, OH 43054-3025 | | | | | |
| 06/14/12 | 001006 | Capital One,N.A | Claim 000005, Payment 3.66002% | 7100-000 | | 65.76 | 992.79 |
| | | c/o Creditors Bankruptcy Service | | | | | |
| | | P O Box 740933 | | | | | |
| | | Dallas,Tx 75374 | | | | | |

Page Subtotals        2,054.47        1,061.68

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2                                                                                                                          Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-08079  -MB |
| Case Name: | COZZI, JOANN M |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Bank Name: | Capital One |
| Account Number / CD #: | *******7609  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******7700 |
| For Period Ending: | 07/10/12 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/14/12 | 001007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000006, Payment 3.65901% | 7100-000 | | 10.28 | 982.51 |
| 06/14/12 | 001008 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000007, Payment 3.65996% | 7100-000 | | 213.90 | 768.61 |
| 06/14/12 | 001009 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000008, Payment 3.65996% | 7100-000 | | 500.53 | 268.08 |
| 06/14/12 | 001010 | US Bank N.A.<br>POB 5229<br>Cincinnati, OH 45201-5229<br>877-254-7827 | Claim 000009, Payment 3.65980% | 7100-000 | | 268.08 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 2,054.47 | 2,054.47 | 0.00 |
| Less:  Bank Transfers/CD's | 2,054.47 | 0.00 | |
| Subtotal | 0.00 | 2,054.47 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 2,054.47 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - *******7412 | 2,054.47 | 0.00 | 0.00 |
| Checking Account - *******7609 | 0.00 | 2,054.47 | 0.00 |
| | --------------------- | --------------------- | --------------------- |
| | 2,054.47 | 2,054.47 | 0.00 |
| | ============== | ============== | ============== |

|  | | |
|---|---|---|
| Page Subtotals | 0.00 | 992.79 |

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-08079  -MB | |
| Case Name: | COZZI, JOANN M | |
| | | |
| Taxpayer ID No: | *******7700 | |
| For Period Ending: | 07/10/12 | |

| | | |
|---|---|---|
| Trustee Name: | Roy Safanda | |
| Bank Name: | Capital One | |
| Account Number / CD #: | *******7609  Checking Account | |
| | | |
| Blanket Bond (per case limit): | $  5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*